Case 4:14-cr-00064-RGD-DEM Document 25 Filed 02/05/15 Page 1 of 2 PageID# 59

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

IN OPEN COURT

FEB – 5 2015

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 4:14cr64 |
| | ) | |
| DION BARTLETT | ) | |

### STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. On September 29, 2014, the Virginia State Police Tri-Rivers Task Force used a confidential informant to make a controlled purchase of cocaine base from the defendant.   This transaction took place in Williamsburg, Virginia.   The purchased substance was tested by the Virginia State Laboratory and was determined to be cocaine base, a schedule II, narcotic controlled substance.

2. On October 2, 3 and 9, 2014, the Virginia State Police Tri-Rivers Task Force used a confidential informant to make controlled purchases of cocaine base from the defendant.   These transactions took place in Williamsburg, Virginia.   The purchased substance was tested by the Virginia State Laboratory and was determined to be cocaine base, a schedule II, narcotic controlled substance.

3. When the defendant sold the cocaine base to the confidential informant on October 3, 2014, the transaction took place within 1000 feet of the real property comprising Quarter Path Park. In the park is a playground, open to the public which has three or more play devices located on the property. Following the defendant's arrest on October 9, 2014, he was provided a Miranda warning and agreed to speak with law enforcement.   He went on to admit that he had



been selling cocaine base in order to make money.

    4.    These events occurred in the Newport News Division of the Eastern District of

Virginia.

                           Respectfully submitted,

                           DANA J. BOENTE
                           UNITED STATES ATTORNEY

                           Eric M. Hurt
                           Assistant United States Attorney
                           Fountain Plaza Three, Suite 300
                           721 Lakefront Commons
                           Newport News, Virginia 23606
                           VA Bar # 35765

        After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, DION BARTLETT and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

                         DION BARTLETT

        I am DION BARTLETT's attorney and I have carefully reviewed the above Statement of Facts with the defendant.   To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

                         Nicholas Hobbs
                         Attorney for DION BARTLETT