Dion Bartlett
#15373063
FCC Beaumont (Medium)
P.O. Box 26040
Beaumont, Tx. 77720

Robert Doumar
Senior United States District Judge
United States District Court
Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 420
Norfolk, Va. 23510

Date: 04-08-20     Dion Bartlett case no. 4:14 cr 00064-001

RECEIVED
APR 1 3 2020
ROBERT G. DOUMAR

Dear, Honorable Judge Doumar

I am a non-violent, low level drug offender. My family has been effected by the Corona Virus Pandemic thats all across our Country. My 7 year old daughter, Diondrea Kintea Bartlett, has been tested positive for the Covit-19 virus. She's been hospitalized in (Intensive Care Unit) on 04-04-20. She's located in a hospital in Williamsburg Va. I don't know if my little girl is going to servive this Sir. My wife Minchelle Bartlett is also battling her own health issues. She's been diagnosed with Pulmonary Embolism and possible Cancer. My wife is struggling not only with both her and our daughters health conditions but also with their living conditions. My wife is 100% disable Sir and relies on a $700 a month check from (S.S.I.) to support her self and our three minor children who lives with her at: 199 Merrimac Tr. #11
    Williamsburg Va. 23185

Your Honor in September 2019 I was scored as (MINIMUM) Recidivism Risk according to the (New First Step Act). I have 13 custody level points and I will be out custody 9 months. Sir I am asking that you place me on home confinement or home monitoring to continue out my sentence. My release date is 2028 and I was sentenced by you in 2015. Sir because of the Covit-19 Pandemic, Casemanagers across the BOP are placing inmates on home confinement. Sir could you please grant me home confinement and consider this a Compassionate release do to the fact that my family has been directly effected by this Pandemic, My wife's health is deteriorating and she's really struggling with out me. I am a Low Level-NON-violent drug offender, I was charged with 3.7 grams of cocaine base and was sentenced to 168 months by you Sir. I have learned and grew from my pass irrational choices in life Sir. My daughter, my children, my wife really need me Sir and I need them. Please consider me for home confinement or Compassionate release Sir. Thankyou for your time.

\* I also cooperated with the Federal Government before my sentencing date. I never recieved any sentence reduction for it sir.

Dion Bartlett
Dion Bartlett