DION BARTLETT
REG. NO. 51593-083
FCI YAZOO CITY LOW
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS 39194

September 5, 2023

Mr. Fernando Galindo
Clerk of Court
U.S. District Court
Eastern District of Virginia
Newport News Division
2400 West Avenue
Newport News, VA 23607

      RE:   *Bartlett v. United States*
              Crim No. 4:14-cr-00064-RGD-DEM-1

Dear Mr. Galindo:

      Enclosed please find and accept for filing Defendant's Response to United States' Opposition to Defendant's Motion for Compassionate Release. Please submit this motion to the Court.

      Thank you for your assistance in this matter.

                                        Sincerely,

                                        *Dion Bartlett*
                                        DION BARTLETT
                                        Appearing *Pro Se*

*Encl. as noted*