Dear Honorable Judge Doumar,

-I am grateful for this opportunity to be able to present my Release and Life Plan and preparations to the Courts. My first plan of action has already begun. I've corrected and changed my thought process and value system in life, which has given me positive and productive results in my present life. In my past, I've struggled with remaining focused on being a productive, Law abiding citizen. And those irrational ways of thinking brought forth negative actions and negative results. Now my mind is more focused and prepared to be a productive citizen in life.

I've dedicated my life to change and challenge myself everyday by replacing negative thoughts and ideas with positive and productive ideas that has translated to rational decision making in my everyday life. In the Residential Drug Program (RDAP) I've learnt that change is uncomfortable, and was given the tools in order to rebuild my mind and thoughts in order to remain focused on living a positive life style.

(Residence)

Living in a clean and positive environment is very important in my release and in my road to rebuilding my life. My plan is to be released and reside with my fiance, Amber Jones at:

27 Rushton Dr.
Mount Vernon, IL. 62864
(Contact Information if needed) (618)316-2987

We have a home together at this residence. I want and need a change in my environment Your Honor. Amber has already added my name to her lease as a resident at our home in Mount Vernon IL. I am asking you to please grant me this request to reside with my Fiance upon my release. Allowing me this request to be released and reside with my fiance will allow me to continue my life changes of people, places and things/actions.



Exhibit-1

Amber and I was scheduled to get married here at Yazoo City (Camp) is where I'm housed at now. But all of marriages here at Yazoo Camp has been canceled due to the upcoming election year. Our wedding/ marriage will take place, but I'm praying that I'd be able to marry Amber as a free man. She is truly a Blessing to me in my life Your Honor. Amber is a positive influence in my life, along with her family who's embraced me as their own son. Amber challenges and encourages me everyday to be the best version of Dion I can be everyday. Being in a new environment surrounded by positivity and supportive peers is what I need and want in my life Your Honor.

I'm am (46 years of age) and I've spent (20 years of my life incarcerated in Federal Prison). The other (26 years of my life) I lived in or around an unhealthy environment. Living in a house that I can actually call my home with the love of my life and future wife would be a dream come true Sir, and now could possibly become my reality. Your Honor, I am asking you to grant me permission to be released to my residence with my fiance: Amber Jones

27 Rushton Dr.
Mount Vernon IL. 62864

My second option is to reside with my oldest sibling and only sister: Hope Bartlett

190 Gate House Rd.
Newport News ,Va. 23608
(contact information if need) (757) 713-1203

I am welcome to live with my sister and her youngest son (Cardiair 12 years of age) at their home. Living with my sister the standards would remain the same. I'd be living in a clean and positive environment. I'd be living my loved ones, that's dedicated and willing to be apart of my strong support system and safety net everyday of my life. I don't want to go back go back to living with my mother and father in Williamsburg ,Va. 23188 as the U.S. Attorney stated in his response motion. A change in location and residency is what I'm requesting from you ,Your Honor. That change to a positive environment will allow me to continue on my path of remaining clean and sober, with endless life and career opportunities.

Transportation/Obtain Drivers License

and other scheduled appointments. My fiance Amber Jones has two vehicles at our home and I will have access to a vehicle for my transportation.

### Job/Employment/Career

Once I am released, I have employment opportunities. One being at Continental Tire plant in Mount Vernon IL. They have a great work environment which involves a lot of team work. They have great retirement and health benefits. They also hire ex-offenders with a felony in their back round. I will always keep my options open if a better career opportunity presents it's self. But I will obtain any available job in order to support myself and my house hold.

I am also a published author of a novel in titled "Enkrypted Kolorz". God has Blessed me with a creative mind and the gift of writing. I will continue my pursuit and passion of story telling and writing inspirational novels that encourages the reader to never give up on life. To turn your negative experiences in life to a positive. To always learn from your past choices and it's never to late to change your life for goodness of you and everyone around you.

I'm proud of my achievement of becoming a published author You Honor. And I will continue to give readers the reality or life and how your daily choices in life will impact your present and future.

Crystell Publications
PO BOX 8044
Edmond, Ok. 73083
(405) 414-3991
www.crystellpublications.com

## Mending and Rebuilding Relationships

Sir, I am very remorseful for the lives I've negatively effected by my past actions. I truly understand how my actions has directly effected my family and my community. I've been physically absent from my (3) children and family's lives for (20 years) do to my poor decision making in the past. Now I have (3) grand daughters whom I haven't met yet but I pray that one day I'll be able to be apart of their every day lives. I've started the process of mending and rebuilding those meaningful relationships You Honor. Through asking them for their forgiveness and being consistent in my everyday positive change is only the beginning of the healing process. Our communication over the years through visitation, letters, emails and phone conversations has help this important process in all of our lives. Being trustworthy and being available in their lives is what they deserve and what I will give them Your Honor.

I'm also going to lead be example and be active in my community. Even if that means picking up trash along side of the road or helping out a neighbor. I'm all about community. Helping out the youth if positive guidance is needed. Though my life experience, I don't want anyone to have to spend half of their life incarcerated. And if I can give guidance and direction to young or old, I'll be that voice.

Your Honor, I am more focused on life and being a Law abiding citizen more than ever. Life is short and nothing compares to ones freedom. I have a solid foundation and support system in place inorder to help me in my transition back into society. My release plan is my life's plan and I have everything in place to be a productive citizen.

Thank you for this opportunity You Honor.

Sincerely, Dion Bartlett