

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

FLAT RATE ENVELOPE
POSTAGE REQUIRED

IORITY®
MAIL

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$9.65
Origin: 77088
09/05/23
4800390043-23

PRIORITY MAIL®

0 Lb 3.30 Oz
RDC 01

EXPECTED DELIVERY DAY: 09/07/23

C003

SHIP TO:
2400 WEST AVE
NEWPORT NEWS VA 23607-4328

USPS TRACKING® #

9505 5116 3233 3248 9375 22

- Expecte
- Domesti
- USPS Tr
- Limited i
- When us

pply).*

mational destinations.

iired.

; see the

ions of coverage.

*Insurance dc
Domestic Mai
** See Interna

FLAT
ONE RATE

TRAC

PS0(

ree Package Pickup,
the QR code.

OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

FROM:

DION BARTLETT
REG. NO. 51593-083
FCI YAZOO CITY LOW
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
YAZOO CITY, MS 39194

TO:

Mr. Fernando Galindo
Clerk of Court
U.S. District Court
Eastern District of Virginia
Newport News Division
2400 West Avenue
Newport News, VA 23607

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law.